IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
2017 JUN 15 PM 3:10
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: 17-I-022-JTF |
| Plaintiff, ) | 2:17-cr-20194 |
| vs. ) | 20195 WRH |
| JEFFREY WILLIAM ~~JEFFREY~~ MASSEY, ) JWM | 18 USC § 2252(a)(4)(B) |
| Defendant. ) | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

On or about December 4, 2014, in the Western District of Tennessee and elsewhere, the defendant,

**WILLIAM JEFFREY MASSEY**

did unlawfully and knowingly possess one or more items, specifically, a Dane-Elec 16GB thumb drive, which then contained visual depictions (digital computer and image files), including depictions of prepubescent minors under twelve years of age; each said visual depiction was mailed, shipped, and transported using a means and facility of interstate and foreign commerce; the production of each said visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined by Title 18, United States Code, Section 2256(2)(A), and each said visual depiction is of such conduct; all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## NOTICE OF INTENT TO SEEK FORFEITURE

1. The allegations contained in Count 1 of this Information are incorporated by reference as if fully set forth herein.

2. Upon conviction for violating Title 18, United States Code, Section 2252, the defendant, **WILLIAM JEFFREY MASSEY**, shall forfeit to the United States any and all right, title, and interest he has in:

(a) any visual depiction described in Section 2252 of Title 18 United States Code, and any book, magazine, periodical, film, videotape, and other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of the above-said statute;

(b) any property, real or personal, constituting or traceable to gross profits of other proceeds obtained from the above-said offenses; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of the above-said offenses, including but not limited to the following:

1. One (1) Apple A1181 laptop computer;
2. One (1) Dane-Elec 16GB thumbdrive.

*[signature]*
**LAWRENCE J. LAURENZI**
**ACTING UNITED STATES ATTORNEY**

June 15, 2017
DATE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
2017 JUN 15 PM 3: 11

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.: 17-I-022-JTF |
| Plaintiff, ) | |
| vs. ) | |
| ) | 18 USC § 2252(a)(4)(B) |
| WILLIAM JEFFREY MASSEY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PENALTIES

### COUNT 1

[nmt 10 years, but with prior conviction for crime involving sexual exploitation of children, nlt 10 years and nmt 20 years imprisonment; nmt $250,000 fine; or both, plus a period of supervised release for nlt 5 years and nmt life, see 18 U.S.C. §3583(k), together with a mandatory special assessment of $100, see 18 U.S.C. §3013(a)]